UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:25-cv-06590-DOC (DSR)                                    Date: December 31, 2025

Title   DESILVA v. ALASKA AIRLINES, INC., et al.

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDERS**

On October 14, 2025, the Court, by Hon. Alka Sagar,[1] United States Magistrate Judge, advised Plaintiff that his Complaint (Doc. No. 1) may be served upon Defendants Alaska Airlines Inc., Jane Doe 1, Jane Doe 2, Jane Doe 3, and John Doe 1.  See Doc. No. 8.  The same day, the Court issued the Summons for those Defendants and entered an Order Directing Service of Process by the United States Marshal.  See Doc. Nos. 9, 11.  The Court then entered a separate Order re Service of Process and a Checklist, giving Plaintiff specific instructions of the steps he needed to take to effect service on Defendants via the U.S. Marshal, including completing USM-285 forms for each Defendant and returning them to the Court no later than November 14, 2025.  See Doc. Nos. 10, 12.  The Court expressly warned that if "Plaintiff does not send the completed USM-285 forms and Notice of Submission by November 15, 2025, this action will be subject to dismissal with prejudice."  See Doc. No. 10 at ¶ 5.

Plaintiff has failed to submit the required forms within the deadline provided by the Court.  Plaintiff is therefore ordered to show cause, no later than **January 16, 2026**, why this case should not be dismissed for failure to prosecute and failure to comply with the Court's Orders.  Plaintiff may respond to this order by either: (1) completing the USM-285 forms and

---

[1]   The case has since been reassigned to Magistrate Judge Daniel S. Roberts.  See Doc. No. 13.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-06590-DOC (DSR)            Date: December 31, 2025

Title      DESILVA v. ALASKA AIRLINES, INC., et al.

sending them to Leah Krivitsky, Clerk to Magistrate Judge Daniel S. Roberts, along with the Notice of Submission to confirm that he has complied with the Court's Order, or (2) filing with the Court a sworn Declaration providing good cause as to why he has not yet submitted those documents and a date by which he will do so.

    **Failure to comply with the terms of this Order will result in a recommendation that this case be dismissed.**

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | LK |